UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URBANIMAGE MEDIA LTD,

                Plaintiff,

-against-

GRAY JONES MEDIA USA INC.,

                Defendant.

25-cv-196 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      By September 18, 2025, the parties should propose trial dates in November or December 2025.

      SO ORDERED.

Dated: September 16, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge