UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URBANIMAGE MEDIA LTD,

                Plaintiff,

      -against-

GRAY JONES MEDIA USA INC.,

                Defendant.

25-cv-196 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's September 17, 2025 Order, Dkt. 28, the parties were directed to provide additional trial dates in November or December 2025 by September 18, 2025. Dkt. 28. To date, the parties have not provided those dates. As a courtesy, the deadline to provide additional dates is hereby extended *nunc pro tunc*, to **September 25, 2025**.

      SO ORDERED.

Dated: September 22, 2025
      New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge