UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Urbanimage Media LTD,

        Plaintiff,

-against-

Gray Jones Media USA Inc.,

        Defendant.

25-CV-00196 (AS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's settlement conference, it is hereby ORDERED that:

1. Defendant must promptly provide to plaintiff, for settlement purposes only, documents sufficient to show its current financial condition, as described by defendant during the settlement conference. Defendant's production must include documents showing its current indebtedness to the IRS and/or the New York State and City tax authorities.

2. Once the financial documents are provided, the parties must meet and confer in good faith to continue their settlement negotiations, and each party must convey, to the opposing party, **at least one updated, good-faith settlement demand or offer**, informed by the discussions during today's conference and by the financial information provided.

3. No later than **November 20, 2025**, the parties must submit a confidential joint settlement update letter to chambers, by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, marked "Confidential Material for Use Only at Settlement Conference." **Do not file the letter on ECF.** In the letter, the parties must confirm that they have complied with ¶¶ 1-2 of this Order and describe the most recent settlement demand or offer made by each of them.

4.      If the parties reach a settlement before November 20, 2025, they need not submit the confidential joint update letter, but must instead report to the District Judge that they have settled the case and advise how much time they anticipate needing to finalize the agreement and submit a stipulation of dismissal.

Nothing in this Order stays or adjourns any litigation deadlines or other obligations set by the District Judge.

Dated: New York, New York       **SO ORDERED.**
       November 12, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**